# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Kevin Lee Morris**                     **Docket No. 4:24-CR-78-1D**

### Petition for Action on Conditions of Pretrial Release
Hearing Requested

COMES NOW Jonathan A. Holmes, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Kevin Lee Morris, who was placed under pretrial release supervision by the Honorable Kimberly A. Swank, U.S. Magistrate Judge, sitting in the Court at Greenville, on the 6th day of February, 2025.

On June 9, 2025, a request for modification was submitted and the defendant's location monitoring component was modified to standalone monitoring.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant's original conditions of release stated that upon successful completion of inpatient treatment, a bond review hearing should be scheduled. The defendant has completed the Healing Transitions program in Raleigh, North Carolina. In addition, he continues to be in compliance with all other conditions imposed.

**PRAYING THAT THE COURT WILL ORDER** that a bond review hearing be scheduled in accordance with Your Honor's previous order. The clerk shall provide a copy of the petition to the U.S. Attorney's Office.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jonathan A. Holmes
Jonathan A. Holmes
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8699
Executed On: October 9, 2025

### ORDER OF THE COURT

Considered and ordered the 9th day of October 2025, and ordered filed and made part of the records in the above case.

Kimberly A. Swank
U.S. Magistrate Judge