UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:24-CR-00078-D-BM-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | **ORDER OF DISMISSAL FOR** |
| v. | ) | **COUNT TWO OF THE** |
| | ) | **INDICTMENT** |
| KEVIN LEE MORRIS | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of the Court endorsed herein, the United States Attorney for the Eastern District of North Carolina hereby dismisses Count Two of the indictment in the above captioned case for the reasons articulated in the government's motion to dismiss.

Respectfully submitted this 5th day of December, 2025.

W. ELLIS BOYLE
United States Attorney

BY: _____
Leonard Champaign
Assistant United States Attorney
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: 919-856-4144
Email: Leonard.Champaign@usdoj.gov
N.C. Bar No. 58977

Leave of Court is granted for the filing of the foregoing dismissal.

JAMES C. DEVER III
United States District Judge

Date: 12/8/25