UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:24-cr-00078-D-BM-1

UNITED STATES OF AMERICA

v.

KEVIN LEE MORRIS

ORDER TO SEAL

On motion of the Defendant, Kevin Lee Morris, and for good cause shown, it is hereby

ORDERED that **DE 86** be sealed until further notice by this Court.

IT IS SO ORDERED.

This __22__ day of April, 2026.

_____

JAMES C. DEVER III
United States District Court Judge