IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:24-CR-78-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| KEVIN LEE MORRIS, | ) | |
| | ) | |
| Defendant. | ) | |

The court has received defendant's letter about sentence credit [D.E. 98]. The Bureau of Prisons is the agency tasked with calculating sentence credit initially.

SO ORDERED. This 7 day of October, 2026.

J. Dever

JAMES C. DEVER III
United States District Judge